IN THE UNITED STATES DISTRICT COURT
FORT THE EASTERN DISTRICT OF PENNSYLVANIA

DR. PAUL GOLDIN, on behalf of himself
And others similarly situated,                              CASE NO.     2:20-cv-6500

    Plaintiff,

vs.

RENEWAL BY ANDERSEN, LLC,

    Defendant.

_____

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

    Plaintiff, DR. PAUL GOLDIN, and Defendant, RENEWAL BY ANDERSEN, LLC, stipulate to the dismissal of all the claims brought, or which could have been brought in the above-styled case, by DR. PAUL GOLDIN, individually on behalf of himself against Defendant, are dismissed *with prejudice*, each party to bear its own attorney's fees and costs.  The parties also stipulate that the putative class claims alleged in the Complaint are dismissed *without prejudice*, each party to bear its own attorney's fees and costs.

| /s/ Anthony I. Paronich<br>Anthony I. Paronich (*pro hac vice*)<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Telephone: (617) 485-0018<br>anthony@paronichlaw.com<br>*Attorneys for Plaintiff and proposed class* | /s/ Laura Ruccolo<br>Laura Ruccolo, Esq. – N.J. Bar No. 018471993<br>E-mail: lruccolo@capehart.com<br>CAPEHART \|\| SCATCHARD<br>800 Midlantic Drive, Suite 300S<br>Mount Laurel, NJ  08504<br>Phone: 856-914-2084<br>Facsimile: 856-235-2786<br>*Counsel for Defendant*<br><br>Diane J. Zelmer, Esq. (pending *pro hac vice*)<br>FL Bar No: 27251 |
|---|---|

|  | E-mail: djz@berensonllp.com<br>Secondary: hac@berensonllp.com<br>BERENSON LLP<br>4495 Military Trail, Suite 203<br>Jupiter FL 33458<br>Phone: 561-429-4496<br>Facsimile: (703) 991-2195<br>*Counsel for Defendant* |
|---|---|

APPROVED BY THE COURT:

　/s/ Gerald Austin McHugh
United States District Judge
　　　　　　　　　　　　9/09/21